IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JENNIFER CHAUDOIN**                                                                 **PLAINTIFF**

v.                             Case No.: 3:06CV00101 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                           **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, judgment is hereby entered in favor of the Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against Plaintiff Jennifer Chaudoin.

DATED this 27th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE